# United States Bankruptcy Court
## Western District of Tennessee

In re: Toni Denise McElroy, Debtor(s)

Case No.
Chapter: 13

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) Toni Denise McElroy | S.S.# xxx-xx-9449 |
| | (W) | S.S.# |
| ADDRESS: | 2805 Elkhorn-Nobles Road | |
| | Paris, TN 38242 | |
| PLAN PAYMENT: | Debtor(s) to pay $ 130.00 | (~~weekly~~, every two weeks, ~~semi-monthly~~, ~~monthly~~) |
| PAYROLL DEDUCTION: | YES | OR ( ) DIRECT PAY |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | Alco Management Inc. | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

MONTHLY PLAN PMT.

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| | | | | |
|---|---|---|---|---|
| -NONE- | Ongoing pmt. Begin N/A | | | $ N/A |
| | Approx. arrearage N/A | Interest N/A % | | $ N/A |

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| Scott's Auto Country, Inc. | $ 5,567.23 | 6.00 % | $ 170.00 |
| Springleaf Financial | $ 3,100.00 | 8.00 % | $ Surrender Interest to Co-Debtor |

UNSECURED CREDITORS: Percentage to be paid to be determined by Trustee;
Army & Airforce Exchange Service; Automobile Finance LLC; Capital One; Charter; Continental Loans; Credit One Bank; Directv; Hughes Network Systems; Speedy Cash; SYNCB/Amazon; TD Bank USA/TargetCredit; Webbank/Fingerhut;

*Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or an avoided Secured Claim.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: $8,287.00

TERMINATION: Plan shall terminate upon payment of the above, approximately 36 months.

OTHER PROVISIONS:
Payroll Deduction:

Alco Management Inc.
35 Union Avenue, Suite 200
Memphis, TN 38103-2496

Chapter 13 Trustee is authorized to make the following monthly payments for adequate protection: Scott's Auto Country $43.00
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN. Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.

DEBTOR'S ATTORNEY:
Robert B. Vandiver, Jr.
Robert B.Vandiver, Jr.
P.O.Box 906
227 W. Baltimore
Jackson, TN 38302-0906
731-554-1313